IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL TUBERQUIA, | : |
| Plaintiff, | : |
| vs. | : Civil Action Number:<br>: 1:10CV-02236-TCB |
| 7 TEQUILAS MEXICAN RESTAURANT, INC., and MARTIN GARCIA, | : |
| Defendants. | : |

## ORDER

The above-styled case is presently before the Court on the parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the parties' Joint Motion is **GRANTED**, and the Confidential Settlement Agreement and Full and Final Release of All Claims is **APPROVED** and incorporated herein.

-- 2 --

This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 2 of the Settlement Agreement have been complied with.

IT IS SO ORDERED, this ____ day of _____, 2011.

_____
HONORABLE TIMOTHY C. BATTEN, SR
U.S. DISTRICT COURT JUDGE